THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DARRA, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KAPLINSKY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, affirmed. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.